# Third District Court of Appeal

## State of Florida

Opinion filed September 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1435
Lower Tribunal No. 19-3430

_____

**Union Restoration, Inc., a/a/o Aimee Valdes,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Michele K. Feinzig, P.A., and Michele K. Feinzig (Coral Springs), for appellant.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

LOGUE, J.

Union Restoration, Inc. appeals the grant of final summary judgment for Citizens Property Insurance Corporation. Union Restoration sued for insurance benefits that it claimed were assigned to it by the insured. The record reflects that the written assignment upon which Union Restoration relied did not assign the insured's right to the claim at issue. Indeed, Union Restoration altered the written assignment by changing the date of the claimed loss, changing the number of the claim several times, and adding the insured's initials to the alterations. In these circumstances, we have no difficultly in upholding the summary judgment for Citizens. Gonzalez v. Citizens Prop. Ins. Corp., 273 So. 3d 1031 (Fla. 3d DCA 2019); Progressive Express Ins. Co. v. McGrath Cmty. Chiropractic, 913 So. 2d 1281 (Fla. 2d DCA 2005).

Affirmed.